UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

OVER ADRIAN LORA-VELEZ,                          :

                                                 :

                                                 :

                               Plaintiff,          :

                                                 :        26-CV-00293 (VEC)

                     -against-                     :

                                                 :        ORDER

N. GEORGE LUCAS *doing business as* LUCAS        :

GREENHOUSES and NATHAN S. BROWN,                 :

                                                 :

                                                 :

                               Defendants.         :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 16, 2026, the Court ordered any party that objects to the Court transferring this case to the United States District Court for the District of New Jersey to explain why venue is proper in this District pursuant to 28 U.S.C. § 1391(b); and

WHEREAS no party responded to the Court's Order.

IT IS HEREBY ORDERED that, because venue is improper in this District but this action could have been brought in the United States District Court for the District of New Jersey, this case is TRANSFERRED to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1406(a).

**SO ORDERED.**

**Date:  January 27, 2026**
**        New York, New York**

                                         **VALERIE CAPRONI**
                                         **United States District Judge**